1  Christopher A. Callihan, City Attorney #203010
   CITY OF SALINAS
2  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone:  (831) 758-7256
4  Facsimile:  (831) 758-7257

5  Vincent P. Hurley #111215
   Ryan Thompson #292281
6  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
7  28 Seascape Village
   Aptos, California 95003
8  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
9
   Attorneys for Defendant
10 CITY OF SALINAS, CAMERON MURPHY, MARK LAZZARINI, WILLIAM YETTER,
   JEFF ARENSDORF, KELLY MCMILLIN and the SALINAS POLICE DEPARTMENT
11
12                    UNITED STATES DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15 _____      Case No.  15-CV-05937-RMW
                                    )
16 JIHAN SHAWAR THISSEL, TONY LEE   )
   MATHEWS JR., SIDNEY THISSEL and  )    [PROPOSED] CASE MANAGEMENT
17 JAMIE FRASIER and DOES 1-5       )    AND SCHEDULING ORDER
                                    )
18              Plaintiffs,         )
                                    )
19        vs.                       )
                                    )
20 CAMERON MURPHY, an INDIVIDUAL and )
   OFFICER, MARK LAZZARINI, an      )
21 INDIVIDUAL and OFFICER, WILLIAM  )
   YETTER, an INDIVIDUAL and OFFICER, )
22 JEFF ARENSDORF, an INDIVIDUAL,   )
   KELLY MCMILLIN in his OFFICIAL   )
23 CAPACITY, the SALINAS POLICE     )
   DEPARTMENT, the CITY OF SALINAS and )
24 DOES 1-25,                       )
                                    )
25              Defendants.         )
                                    )
26 _____ )

27

28
                                    1

1    Plaintiffs Jihan Shawar Thissel, Tony Lee Matthews Sr., Sidney Thissel, and Jamie

2 Frasier ("Plaintiffs") and Defendants Officer Cameron Murphy, Sergeant Mark Lazzarini,

3 Officer William Yetter, Officer Jeff Arensdorf, Chief Kelly McMillin, the City of Salinas Police

4 Department, and the City of Salinas ("Defendants") by and through their respective counsel of

5 record, filed a joint case management statement pursuant to Rule 26(f) of the Federal Rules of

6 Civil Procedure on March 22, 2016.  On April 1, 2016, Wendy Chau appeared for Plaintiffs at

7 the case management conference, and Vincent Hurley and Ryan Thompson appeared for the

8 above-listed defendants.

9    After considering the represented parties' Rule 26(f) joint statement, and after consulting

10 with the attorneys for the represented parties at the April 1, 2016 conference, THIS COURT

11 HEREBY ENTERS THE FOLLOWING CASE MANAGEMENT AND SCHEDULING

12 ORDER:

13    (1)    Discovery shall be limited as follows:

14        a.   Plaintiffs and Defendants are limited to ten (10) depositions each;

15        b.   Plaintiffs and Defendants are limited to propounding a total of twenty-five

16            (25) interrogatories per side;

17        c.   Plaintiff and Defendants are limited to propounding a total of ten (10) requests

18            for admissions per side;

19        d.   Document requests are not limited in number, but they must be narrowly

20            tailored;

21        e.   All other discovery is to be conducted pursuant to the Federal Rules of Civil

22            Procedure; and

23        f.   Any party seeking to exceed these limits must apply to this Court.

24    (2)    The Discovery and trial schedule are the following:

25        a.    Non-Expert discovery cutoff:        April 10, 2017

26        b.    Expert Designations and Reports Due:   May 7, 2017

27        c.    Expert Discovery Cutoff:        June 5, 2017

28

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | | d. | Deadline to file Dispositive Motions: | June 30, 2017 |
| 2 | | e. | Dispositive Motion Hearing: | August 4, 2017 |
| 3 | | f. | Final Pretrial Conference: | September 14, 2017 |
| 4 | | f. | Trial date (5 days): | October 2, 2017 |

(3)   The parties shall have a Mandatory Settlement Conference with the assigned Magistrate Judge Nathanael M. Cousins prior to the scheduled pretrial conference. The parties are directed to contact Magistrate Judge Cousins' Court Clerk to schedule the settlement conference.


IT IS SO ORDERED.

DATED: April __8__, 2016

_Ronald M. Whyte_
_____
The Honorable Ronald M. Whyte
U.S. District Judge


Approved as to form:


_____/s/_____
WENDY CHAU
Attorney for Plaintiffs
JIHAN SHAWAR THISSEL,
TONY LEE MATHEWS JR.,
SIDNEY THISSEL and JAMIE FRASIER




_____/s/_____
RYAN M. THOMPSON
Attorney for Defendants
CITY OF SALINAS, CAMERON MURPHY,
MARK LAZZARINI, WILLIAM YETTER,
JEFF ARENSDORF, KELLY MCMILLIN.
and the SALINAS POLICE DEPARTMENT