1  Christopher A. Callihan, City Attorney #203010
   CITY OF SALINAS
2  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone: (831) 758-7256
4  Facsimile: (831) 758-7257

5  Vincent P. Hurley #111215
   Ryan Thompson #292281
6  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
7  28 Seascape Village
   Aptos, California 95003
8  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804

9
   Attorneys for Defendants
10 CITY OF SALINAS, CAMERON MURPHY,
   MARK LAZZARINI, WILLIAM YETTER, and JEFF ARENSDORF
11

12                UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 JIHAN SHAWAR THISSEL, TONY LEE         )  Case No. 15-CV-05937-RS
   MATHEWS JR., SIDNEY THISSEL and        )
17 JAMIE FRASIER and DOES 1-5             )  STIPULATION AND [PROPOSED]
                                          )  ORDER EXTENDING THE
18             Plaintiffs,                )  DEADLINE FOR PARTIES TO
                                          )  PARTICIPATE IN EARLY
19       vs.                              )  NEUTRAL EVALUATION
                                          )
20 CAMERON MURPHY, an INDIVIDUAL and      )
   OFFICER, MARK LAZZARINI, an            )
21 INDIVIDUAL and OFFICER, WILLIAM        )
   YETTER, an INDIVIDUAL and OFFICER,     )
22 JEFF ARENSDORF, an INDIVIDUAL, KELLY   )
   MCMILLIN in his OFFICIAL CAPACITY, the )
23 SALINAS POLICE DEPARTMENT, the CITY    )
   OF SALINAS and DOES 1-25,              )
24                                        )
              Defendants.                 )
25                                        )

26

27

28

                                    1

1  WHEREAS, on March 9, 2016, on the stipulation of the parties, Honorable Judge Ronald

2  M. Whyte ordered that Early Neutral Evaluation be completed in the above-captioned matter

3  within 90 days from the date of the March 9, 2016 Order (Dkt. 18); and,

4  WHEREAS, given the Court's March 9, 2016 Order (Dkt. 18), the deadline for the Early

5  Neutral Evaluation to be completed was calculated to be June 7, 2016; and,

6  WHEREAS, on June 2, 2016, on stipulation of the parties, Honorable Ronald M. Whyte

7  ordered the Early Neutral Evaluation date be extended to July 8, 2016 (Dkt. 34); and,

8  WHEREAS, on August 5, 2016, on stipulation of the parties, Honorable Ronald M.

9  Whyte ordered the Early Neutral Evaluation date be extended to September 27, 2016 (Dkt. 37); and,

10  WHEREAS, on September 26, 2016, on stipulation of the parties, Honorable Ronald M.

11  Whyte ordered the Early Neutral Evaluation date be extended to December 9, 2016 (Dkt. 44); and,

12  WHEREAS, on November 30, 2016, the Monterey County District Attorney's Office

13  subpoenaed Defendant Officer CAMERON MURPHY to testify on December 9, 2016 at

14  9:30 a.m. in a preliminary hearing for a homicide in Monterey County Superior Court (see

15  **Exhibit A**), and the Monterey County District Attorney's Office advised counsel for Defendants

16  that the hearing is a date certain, and that it is unlikely that it will be rescheduled; and,

17  WHEREAS, on December 5, 2016, Defendant Sergeant MARK LAZZARINI informed

18  counsel for Defendants that the back injury for which he is currently on disability recently flared

19  up, and that he is in significant pain and cannot move around without assistance; and,

20  WHEREAS, on December 5, 2016, after being informed of the circumstances regarding

21  Officer Murphy's and Sergeant Lazzarini's inability to physically attend the ENE set for

22  December 9, 2016, Evaluator Randolph W. Hall informed counsel for Plaintiffs, Wendy Chau,

23  and counsel for Defendants, Ryan Thompson, that the physical attendance of both Officer

24  Murphy and Sergeant Lazzarini is critical to the success of the ENE; and,

25  WHEREAS, Ms. Chau and Mr. Thompson are in agreement with Mr. Hall that the

26  physical attendance of both Officer Murphy and Sergeant Lazzarini is critical to the success of

27  the ENE; and,

28

WHEREAS, Mr. Hall, Ms. Chau, and Mr. Thompson are mutually agreeable to participating in the ENE session on a date mutually-agreeable to the parties and the assigned evaluator, on or prior to February 28, 2017;

IT IS STIPULATED by the parties that the deadline to complete Early Neutral Evaluation be extended to February 28, 2017.

Dated: December 5, 2016   LAW OFFICES OF WENDY CHAU

By: _____/s/ WENDY CHAU_____
Attorneys for Plaintiffs JIHAN SHAWAR THISSEL, TONY LEE MATHEWS JR., SIDNEY THISSEL and JAMIE FRASIER

Dated: December 5, 2016   LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: _____/s/ RYAN THOMPSON_____
Attorneys for Defendants CITY OF SALINAS, CAMERON MURPHY, MARK LAZZARINI, WILLIAM YETTER and JEFF ARENSDORF

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for completion of Early Neutral Evaluation in this matter be extended to February 28, 2017.

Dated: 12/8/16

By: _____[signature]_____
HON. JUDGE RICHARD SEEBORG

Stip. and [Proposed] Order re: Extension for ENE                 Case No. 15-CV-05937-RS

3

# EXHIBIT A



**SUPERIOR COURTS OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF MONTEREY, CRIMINAL DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>PLAINTIFF,<br><br>VS.<br><br><br>DEFENDANT, | SUBPOENA – CRIMINAL<br>COURT: **SALINAS COURTHOUSE**<br>COURT CASE NO.: **SS161898A**<br>REPORT NO.: ▮▮▮▮▮▮<br>HEARING: **Preliminary Hearing** |

PO Cameron Murphy
Salinas Police Department
222 Lincoln Ave,
Salinas, CA 94001

You are commanded to appear before a Judge of the aforementioned Court in and for the County of Monterey, State of California on **December 09, 2016 at 9:30 AM**

**A FAILURE TO COMPLY WITH THIS SUBPOENA IS PUNISHABLE AS CONTEMPT OF COURT.** Please call the District Attorney's Office at (831)755-5070, Monday through Friday, 8:00 am to 5:00 p.m., upon receipt of this subpoena.

TIMES AND DATES ARE SUBJECT TO CHANGE. PLEASE CALL PRIOR TO COMING TO COURT. **PLEASE _REPORT TO THE DISTRICT ATTORNEY'S OFFICE AT 230 CHURCH STREET, SALINAS CA, MODULAR #3,_** FOR ASSISTANCE WITH YOUR APPEARANCE ON THE DATE AND TIME STATED ABOVE.

**DEAN D. FLIPPO**
**DISTRICT ATTORNEY**

*[signature]*

**BY: SCOTT EDWARD DONAHUE**
**Deputy District Attorney**
SD/ 11/30/2016