Christopher A. Callihan, City Attorney #203010
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

Vincent P. Hurley #111215
CASEY LAW GROUP
5900 Butler Lane, Suite 130
Scotts Valley, CA 95066
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF SALINAS, CAMERON MURPHY, MARK LAZZARINI, WILLIAM YETTER, and JEFF ARENSDORF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIHAN SHAWAR THISSEL, TONY LEE MATHEWS JR., SIDNEY THISSEL and JAMIE FRASIER and DOES 1-5<br><br>Plaintiffs,<br><br>vs.<br><br>CAMERON MURPHY, an INDIVIDUAL and OFFICER, MARK LAZZARINI, an INDIVIDUAL and OFFICER, WILLIAM YETTER, an INDIVIDUAL and OFFICER, JEFF ARENSDORF, an INDIVIDUAL, KELLY MCMILLIN in his OFFICIAL CAPACITY, the SALINAS POLICE DEPARTMENT, the CITY OF SALINAS and DOES 1-25,<br><br>Defendants. | Case No. 15-CV-05937-RS<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY STIPULATED by and between Plaintiffs JIHAN SHAWAR THISSEL, TONY LEE MATHEWS JR., SIDNEY THISSEL and JAMIE FRASIER (hereafter, collectively, "Plaintiffs"), and Defendants CITY OF

1

SALINAS, CAMERON MURPHY, MARK LAZZARINI, WILLIAM YETTER, and JEFF ARENSDORF (hereafter, collectively, "Defendants"), hereby stipulate to the voluntary dismissal of this action with prejudice.

Each party is to bear its own costs, attorney's fees and expenses, and waives any claim for such costs, fees and expenses.

IT IS SO STIPULATED.

Dated: April 30, 2019

          LAW OFFICES OF VINCENT P. HURLEY
          A Professional Corporation

          By: _____/s/_____
              VINCENT P. HURLEY
          Attorney for Defendants CITY OF SALINAS, CAMERON MURPHY, MARK LAZZARINI, WILLIAM YETTER, and JEFF ARENSDORF

Dated: May 1, 2019

          By: _____[signature]_____
              WENDY CHAU
          Attorney for the Plaintiffs

## ORDER

Pursuant to stipulation of the parties, it is hereby ORDERED that this action is dismissed with prejudice. Each party is to bear its own costs, expenses and attorney's fees.

SO ORDERED.

Date: 5/1/19

_____[signature]_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE